**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-1774**

FISLET DESJARDIN, a/k/a Desjordin Altesson Fislet, a/k/a Fislet CJ Desjardin,

Petitioner,

v.

WILLIAM P. BARR, Attorney General,

Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals.

Submitted: March 26, 2020                          Decided: April 3, 2020

Before WILKINSON, NIEMEYER, and THACKER, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Ira J. Kurzban, Kevin A. Gregg, Elizabeth Montano, Edward F. Ramos, KURZBAN KURZBAN TETZELI & PRATT P.A., Coral Gables, Florida, for Petitioner. Joseph H. Hunt, Assistant Attorney General, John S. Hogan, Assistant Director, Rebecca Hoffberg Phillips, Office of Immigration Litigation, Civil Division, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Fislet Desjardin, a native and citizen of Haiti, petitions for review of an order of the Board of Immigration Appeals ("Board") dismissing his appeal from the immigration judge's decision finding him removable for having an aggravated felony conviction, and denying his applications for asylum, withholding of removal, and deferral of removal under the Convention Against Torture. We deny the petition for review.

We conclude that Desjardin is removable because his Maryland conviction for robbery, in violation of Md. Code Ann., Crim. Law § 3-402, is an aggravated felony. 8 U.S.C. § 1227(a)(2)(A)(iii) (2018) (alien convicted of an aggravated felony after admission is deportable); *United States v. Johnson*, 945 F.3d 174, 181 (4th Cir. 2019) (holding that Maryland robbery is a violent felony under 18 U.S.C. § 924(e)(2)(B)(i) (2018)). We have considered Desjardin's arguments to the contrary and find them without merit.[*]

Accordingly, we deny the petition for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*

---

[*] Desjardin does not assert that, in the event that he is removable because of an aggravated felony conviction, he is eligible for asylum, withholding of removal, or protection under the Convention Against Torture.

2